FILED
JUL 2 7 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:18 CR 422 |
| THOMAS BARNETT, | ) ) | Title 18, Sections 1791(a)(1) and (b)(3), United States Code |
| Defendant. | ) ) | JUDGE ADAMS |

COUNT 1
(Attempt to Provide Marijuana to a Prison Inmate, in violation of 18 U.S.C.
§§ 1791(a)(1) and (b)(3))

The United States Attorney charges:

On or about March 25, 2016, in the Northern District of Ohio, Eastern Division, Defendant THOMAS BARNETT, an employee of Northeast Ohio Corrections Corporation, contrary to Title 21, United States Code, Section 841(a)(1), attempted to provide a prohibited object to a prison inmate, to wit: marijuana, in violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(3).

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
Robert E. Bulford
Attorney in Charge, Criminal Division
Akron Branch Office